**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 2 2 2011 ★

BROOKLYN OFFICE

BENJAMIN BRAFMAN

ANDREA ZELLAN
KAREN A. NEWIRTH
OSNAT LUPESKO-PERSKY

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

June 15, 2011

**BY HAND**
Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

[Handwritten annotation: "The consent of the U.S. is respectfully requested / So ordered 6/15/11 / cc A Counsel"]

**RE: United States v. Julian Tzolov**
**(08-CR-370 (S-4)-03, 09-CR-475-01, 10-CR-83-02)**

Dear Judge Weinstein:

Pursuant to the Court's order at the defendant's sentencing hearing on June 7, 2011, we now write to respectfully request that the Court issue a formal judicial Recommendation that the defendant, Julian Tzolov, be permitted to serve the balance of his sentence at FCI Miami, a "release site" for non-citizen inmates who face deportation, or alternatively FCI Coleman Low in Coleman, Florida. We ask that your Honor formalize this request on the Judgment of Conviction.

As always, we thank the Court for its continued courtesy in this matter and stand ready to assist should the Court have any questions.

Sincerely,

[signature]

Benjamin Brafman

cc: AUSA Greg Andres (via e-mail)
AUSA John Nowak (via e-mail)
AUSA Dan Spector (via e-mail)